# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Terrence Thomas

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Barnstable County Superior Court

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED
IN CLERKS OFFICE
2021 MAR -8 AM 11: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrence T. Thomas |
| Street Address | 6000 Sheriff's Place |
| City and County | Buzzard's Bay |
| State and Zip Code | Massachusetts, 02542 |
| Telephone Number | |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Barnstable Superior Court |
| Job or Title *(if known)* | |
| Street Address | 3195 Main Street |
| City and County | Barnstable |
| State and Zip Code | Massachusetts, 02630 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Commonwealth of Barnstable County |
| Job or Title *(if known)* | |
| Street Address | 3195 Main Street |
| City and County | Barnstable |
| State and Zip Code | Massachusetts, 02630 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

10,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violation of Constitutional And Civil Right's

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

10,000,000 False Imprisonment
RACiAl Discrimination, Violation of my civil Rights
Bias, Sever mental Issues Since This has been going on

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-08-21

Signature of Plaintiff [signature]

Printed Name of Plaintiff Terrence Thomas

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

(1.)

# UNITED STATES DISTRICT COURT
## FOR THE
## District OF MASSAchusetts

Terrence T. Thomas
Plantiff
V.
Barnstable Superior Court
Defendant

FILED
IN CLERKS OFFICE
2021 MAR -8 AM 11: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

# COMPLAINT

1. On 2-25-21, Barnstable Superior Court Judge Gildea, Refused To let me Use my Constitutional Right To Repensent my Self In Court, That Is A Violation Of my Right's

2. The lawyer's That have been presented To me by Barnstable Superior Court, have Failed To Repensent me Fairley, And have not Argued my Case I Sense Racial Bias, Also my Attorney's Presented To me By Barnstable County Superior Court, Has Failed To Hold The Corrupt Cop's And The A.D.A Responsible

For Gaining Indictment's On False Testimony, Falsified Statment's, Perjury, Withholding major exculpatory evidence.

3. They Are Trying To Falsley Convict me, So The Crimes Of The Commonwealth And It's Agent's Don't Come out, I Have Been Falsley Imprison For 22 month's By The Commonwealth In Barnstable County, And They Are Sweeping These Crimes under The Rug, By silencing me And hand Picking Attorney's That Will not Repesent me fairley And Who would not Present my case, Cause They Do not wana To prosucute The Racist Police Officer's or The Racist A.D.A Nicole Manoog. I HA

4. I Have All The evidence From Police Statment's To Grand Jury Minutes, And medical And Witness That proves my Complaint I Have The evidence. But The Barnstable Superior Court Along with The Commonwealth, Are going To Falsley

Convict me To keep me Quiet About Their Crimes Committed Against me To Falsley Imprison me.

5. Now The Barnstable County Superior Court And The Commonwealth Are Denying me my Rights Of Self Repersatation And Are Forcing me To Take These Tainted lawyer's, And Violating my Civil Rights And Constatutional Also They Are going To Falsley Convict me.

I'm Asking Jury Trial

Respectfully Submitted
Terrance Thomas
[signature]
6000 Sheriff's Place
Buzzard's Bay, MA 02542

(4)

RElieF

10,000,000 For my Case To Be Transfered To Boston Massauchetts To Repensent my self

Respectfully Submitted
Terrence Thomas
[signature]
6000 Sheriff's Place
Buzzard's Bay, MA 02542